# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| CHRISTOPHER D. AMMONS, | : | Case No. 3:15-cv-387 |
| Plaintiff, | : | District Judge Thomas M. Rose |
| vs. | : | Chief Magistrate Judge Sharon L. Ovington |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | : | |
| Defendant. | : | |

## DECISION AND ENTRY

This social security case is presently before the Court on the parties' Joint Motion For Remand. (Doc. #11). The parties stipulate and petition the Court to remand this case under sentence four of 42 U.S.C. 405(g) and to enter Judgment under Fed. R. Civ. P. 58.

The parties agree that upon remand, the Administrative Law Judge will reevaluate claimant's vertigo, headaches, and hearing problems and assign appropriate limitations for these conditions. The Administrative Law Judge will reassess the medical opinions and claimant's subjective symptoms and issue a new decision.

**IT IS THEREFORE ORDERED THAT:**

1. The parties' Joint Motion to Remand (Doc. #11) is **GRANTED**;

2. The Clerk of Court is directed to enter Judgment in Plaintiff's favor under Fed. R. Civ. P. 58;

3. This matter is **REMANDED** to the Social Security Administration, pursuant to sentence four of 42 U.S.C. § 405(g), for further consideration consistent with this Decision and Entry and the parties' stipulation; and

2

4. The case is terminated on the docket of this Court.

**DONE** and **ORDERED** in Dayton, Ohio, this Monday, June 20, 2016.

                     s/Thomas M. Rose

               _____
                  THOMAS M. ROSE
             UNITED STATES DISTRICT JUDGE