UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| CHRISTOPHER D. AMMONS, | : Case No. 3:15-cv-387 |
| Plaintiff, | : District Judge Thomas M. Rose |
| | : Chief Magistrate Judge Sharon L. Ovington |
| vs. | : |
| CAROLYN W. COLVIN, COMMISSIONER OF SOCIAL SECURITY, | : |
| Defendant. | : |

## DECISION AND ORDER

This case is before the Court on Plaintiff's Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, (Doc. #15) and Defendant's Non-Opposition to Award of Attorney's Fees under the EAJA (Doc. #16). Plaintiff asks for an award of $2,347.50 in attorney fees and $400.00 in costs, for a total of $2,747.50, under the EAJA. Defendant does not oppose Plaintiff's motion. This award will satisfy any and all of Plaintiff's claims for fees, costs, and expenses under 28 U.S.C. § 2412 in this case. Any fees paid belong to Plaintiff, and said fees can be offset to satisfy pre-existing debt that Plaintiff owes the United States under *Astrue v. Ratliff*, 560 U.S. 586 (2010).

After the Court enters this award, if counsel for the parties can verify that Plaintiff owes no pre-existing debt subject to offset, Defendant agrees to direct that the

award be made payable to Plaintiff's attorney pursuant to the EAJA assignment duly signed by Plaintiff.

## IT IS THEREFORE ORDERED THAT:

1. Plaintiff's Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act (Doc. #15) is granted, and the Commissioner shall pay Plaintiff's attorney fees, costs, and expenses in the total amount of $2747.50;

2. Counsel for the parties shall verify, **within thirty days of this Decision and Entry,** whether or not Plaintiff owes a pre-existing debt to the United States subject to offset. If no such pre-existing debt exists, Defendant shall pay the EAJA award directly to Plaintiff's counsel pursuant to the EAJA assignment signed by Plaintiff; and

3. The case remains terminated on the docket of this Court.

**DONE** and **ORDERED** in Dayton, Ohio, this Wednesday, October 12, 2016.

s/Thomas M. Rose
_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE

2